of good character proves neither guilt nor innocence, in a particular case it cannot be disregarded and may be sufficient to raise a reasonable doubt of a defendant's guilt. *People v. Eatman,* 405 Ill. 491, 499, 91 N.E. 387.

Therefore, on evidence which also discloses that defendant was arrested and charged with a crime the jury found he did not commit; that he was beaten to a point that required two days of hospitalization, affirmance of this conviction would cap indignity with injustice. The judgment is reversed.

Judgment reversed.

STAMOS, P. J., and SCHWARTZ, J., concur.

---

JACK R. DAVIS *et al.*, Petitioners-Appellees, *v.* ALEXANDER B. MAGNUS, Defendant-Appellant.

(No. 55187;

First District—March 22, 1972.

Ronald P. Alwin, of Chicago, for appellant.

Paul M. King, of Chicago, for appellees.